

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00782-CR

**EX PARTE** Fabian Daniel **MORALES-ROCHA**

From the County Court, Kinney County, Texas
Trial Court No. 11058CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The reporter's record was due September 26, 2022, but it was not filed. On November 21, 2022, the court reporter filed a notification of late record stating the record was not filed because appellant failed to make a proper written request for a reporter's record. *See* TEX. R. APP. P. 34.6(b). Accordingly, we **order** appellant to provide written proof to this court **by December 7, 2022** showing he has served the court reporter a written designation of the specific proceedings for which he requests a record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court